NUMBER 13-03-740-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
VERA RYDELL,                                                                 Appellant,

v.

BRIDGEVIEW HOMEOWNERS’ CONDOMINIUM 
ASSOCIATION, INC., ET AL.,                                             Appellees.
____________________________________________________________________

On appeal from the 197th District Court of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo and Garza
Memorandum Opinion Per Curiam

         Appellant, VERA RYDELL, perfected an appeal from a judgment entered by the
197th District Court of Cameron County, Texas, in cause number 99-04-1779-C. 
After the record and briefs were filed, the parties filed a joint motion to dismiss the
appeal. In the motion, the parties state that they have reached an agreement to settle
and compromise their differences in the underlying action. The parties request that
this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 24th day of February, 2005.